BARBARA MARIE FRANTZ
Name

TCF 815 SE RICE ROAD

TOPEKA, KS. 66607
Address

FILED
MAY 04 2021
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

BARBARA MARIE FRANTZ, Plaintiff
(Full Name)

V.

STATE OF KANSAS, Defendant(s)
GLORIA GEITHER - WARDEN TCF

CASE NO. 21-3117-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) BARBARA MARIE FRANTZ, is a citizen of KANSAS
   (Plaintiff)                                    (State)

who presently resides at TOPEKA CORRECTIONAL FACILITY 815 SE RICE ROAD
                         (Mailing address or place
TOPEKA, KS. 66607.
of confinement.)

2) Defendant STATE OF KANSAS is a citizen of
            (Name of first defendant)
   KANSAS, and is employed as
   (City, State)
   _____. At the time the
   (Position and title, if any)
   claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

_____

_____

XE-2 8/82              CIVIL RIGHTS COMPLAINT §1983                1

3) Defendant **GLORIA GEITHER WARDEN TCF, CENTURION** is a citizen of
   *(Name of second defendant)*

   **815 SE RICE ROAD TOPEKA, KS. 66607**, and is employed as
   *(City, state)*

   **WARDEN of TCF**. At the time the
   *(Position and title, if any)*

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

   _____

   _____

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   **K.S.A. 60-1501 Writ of Habeas Corpus ?**

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   **SEVERE And Substantial Civil Rights Violations 1st degree Attempt of Murder And THE Conspiracy to Commit pre-meditation 1st degree Murder by Defendants. Place Plaintiff in Federal Protective Custody for Life Saving Medical Care And treatment And to Safe-Guard Her Protection as Witness Against defendant**

XE-2 8/82               CIVIL RIGHTS COMPLAINT §1983                    2

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: __SEE ATTACHED COMPLAINT__

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

__SEE: ATTACHED__

B) (1) Count II: ____

(2) Supporting Facts: ____

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

_____

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: BARBARA MARIE FRANTZ

      Defendants: ANDY DEDEKE SHERIFF, LEAVENWORTH, KS.

   b) Name of court and docket number DISTRICT COURT IN LEAVENWORTH CO, KS. CASE NO. 2020-CV-34

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) denied Procedural due process Attempted to Appeal but district court denied to Appeal

   d) Issues raised Abuses suffered denial basic human need for Medical care and treatment

e) Approximate date of filing lawsuit __JANUARY 31ST 2020__

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____

_____

_____

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

__Federal Protective Custody And Any other Relief THE Court finds Just.__

_____

_____

Signature of Attorney (if any)          Signature of Plaintiff

                                         BARBARA FRANTZ

(Attorney's full address and telephone number)

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                5