✳ *EMERGENCY GRIEVANCE TO EAI*

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name _BARBARA FRANTZ_                Number _124145_

Facility _TCF_          Housing Unit _J-3_          Work Detail _TABLET PORTER_

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN- TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). I AM REQUESTING EAI LOOK INTO MY MEDICAL RECORDS TO SEE IF I HAVE HAD test done HERE WHICH SHOWS IF I HAVE tumors ON MY LIVER. I HAVE ALREADY filed FOR EMERGENCY GRIEVANCE FOR THE FACILITY, TCF, ATTEMPT OF MURDER ON ME, but I SHOW ENOUGH IN MY documents to REQUEST FOR AN INVESTIGATION OF CONSPIRACY to Commit PRE-MEDITATION 1st degree MURDER AGAINST ME by TCF, KDOC, CENTURION's MEDICAL- DR. LEE ALONG WITH MANY OTHERS.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _4-15-2(_   CONTINUED BACK SIDE

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

_____
Unit Team Signature                            Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

011276

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____        _____
Inmate Signature                                  Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _____   Date of Final Answer _____   Date Returned to Inmate _____

_____    _____    _____    _____
Inmate's Signature          Date      Unit Team Signature        Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

FRONT 1/2

Grievance Serial Number                    _____    _____

Type of Complaint (Item 4: Code 01-75)     _____    _____

Cause of Complaint (Item 5: Code 01-30)    _____    _____

Type of Response (Item 6a: Code 01,02,08 or 09)

CIVIL RIGHTS COMPLAINT 87 1983

PAGE 1 APPENDIX A

EMERGENCY GRIEVANCE # 011276

4-15-21 * I AM REQUESTING FOR MS. KRAFT, LMLP, AS A WITNESS TO MY COMPLAINT. I HAVE ATTACHED DOCUMENTS FOR INVESTIGATING MY CLAIMS OF CONSPIRACY TO COMMIT MURDER AGAINST ME. I AM STILL STRONGLY REQUESTING FEDERAL PROTECTIVE CUSTODY AS I AM IN FEAR FOR MY LIFE. I AM REQUESTING THE <u>OUT-SIDE AUTHORITIES BE CONTACTED</u> FOR THE CONSPIRACY TO COMMIT MURDER AGAINST ME, BY THE STATE OF KANSAS AND OTHERS NAMED ON MY MOTION TO THE SUPREME COURT OF THE STATE OF KANSAS THE CONSPIRACY TO COMMIT MURDER BEGAN BEFORE MY ARREST 1-28-17 AND HAS CONTINUED BY THE CONCEALMENT OF MY MEDICAL CONDITIONS THROUGH TODAY, WHICH IS TO CONCEAL MY MEDICAL CONDITIONS FROM A MEDICAL ERROR IN OCT. 2013, BY KU HOSPITAL.

— REQUEST FOR INVESTIGATION INTO CONSPIRACY TO COMMIT MURDER AGAINST ME
— REQUEST FOR FEDERAL PROTECTIVE CUSTODY TO SAFE GARD MY PROTECTION FROM THE STATE OF KANSAS AND FOR LIFE SAVING MEDICAL CARE AND TREATMENT.
— TCF MEDICAL DEPT. STAFF CONTINUES TO INFLICT PUNISHMENTS AGAINST ME.

4-15-21

8/ ATTACHED DOCUMENTS ALL FILED ON ON, MY CRIMINAL CASE LVCO, KS CASE NO. 2017-CR-92, APPELLATE CASE NO. 20-123096-S WITH TWO LETTERS TO: JOSEPH R. JENSEN CHIEF CIVIL RIGHTS FBI INVESTIGATOR WASHINGTON, DC 4-7-21 AND 4-14-21.

BACK  2/2

DO NOT WRITE BELOW THIS LINE

**Form 9**
For Cellhouse Transfer
Work Assignment _____ J-3
Interview Requests

EMERGENCY GRIEVANCE
# 011276

FRANTZ
_____
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

124145
_____
Number

### INMATE REQUEST TO STAFF MEMBER

To: EAI MR. SHANKS                    Date: 4-15-21
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

EMERGENCY GRIEVANCE # 011276 WITH ATTACHED DOCUMENTS FOR
INVESTIGATING AND PLACE ME IN FEDERAL PROTECTIVE CUSTODY FOR PROTECTION
AS A WITNESS, AND TO RECEIVE LIFE SAVING MEDICAL CARE AND TREATMENT.
BF

Work Assignment: _____   Living Unit Assignment: J-3
Comment: _____   Detail or C.H. Officer: CO1 Bunch

Disposition: _____

To: _____   Date: _____
(Name & Number)

Disposition: _____

_____
Employee's Signature

**To be returned to inmate.**

P-0009

09/12/2017  16:09   6202854129                    CIM                              PAGE  12/22

$\frac{5}{50}$

*EAI 4-15-21*
*ATTACHMENT*
*EMERGENCY GRIEVANCE #011276*
*( OF 8*

Larned State Hospital          11/06      Name:  FRANTZ, BARBARA MARIE - 53122
Larned, Kansas                             DOB:  6/12/1966
                                           Case No: 53122      Gender: Female
**PROGRESS NOTE**                          Unit: Isaac Ray - North 3       Adm Date:
**CPR- 45**                                4/17/2017
45G1 Treatment Team Note

                              Page 1 of 1

                                                              Document ID:  4949777

Ms. Frantz initially presented to the unit as organized, stable, and euthymic. However, particularly in the last week, her ✳ mental state has significantly declined. She is increasingly fixated on delusional beliefs surrounding various medical concerns (e.g., her perception that she has tumors throughout her body that are impacting her brain). Despite reporting that she has received significant medical care from specific facilities, records conflict with her statements. The frequency and intensity of her delusions are escalating and her ability to respond to redirection is deteriorating. Due to her intensifying delusional beliefs, she has become agitated, demanding, and intimidating. Furthermore, she has expressed belief that a specific peer should be further punished for her actions and Ms. Frantz is now focused on negatively impacting the treatment of that particular peer. Specifically, Ms. Frantz has repeatedly antagonized that peer which resulted in the peer physically assaulting Ms. Frantz on 05/22/17. On 05/23/17, Ms. Frantz has been heard positively speaking about getting a peer "locked up" for violence and has been heard attempting to incite violence in others.

Due to her recent behaviors and decompensation, an IPMP has been requested to assist in medication management and safety of patient and others. Furthermore, her diagnosis has been changed to Delusional Disorder, Somatic Type, Provisional. Her CITP will be updated to reflect the change.

Date Typed and Initials:

```
CONFIDENTIAL
FURTHER DISCLOSURE
PROHIBITED
```

*Cassandra Groth PhD TLP*

Cassandra Groth, PhD., TLP
Cassandra Groth, PhD., TLP-05/23/2017 14:00:25 (19430410)

5/23/2017                                   Date

*N. B. — Clinical Director*

David Barnum, Ph.D, Clinical Director
David Barnum, Ph.D, Clinical Director-05/23/2017 16:09:32 (19431528)
5/23/2017

Service Date: 5/23/2017;Patient Contact: 0 minutes;Diagnosis: Mood Disorder, Unspecified - ;
Linked Short-Term Goal: T; Meeting Short-Term Goal: N/A;

← *TLP*
*NOT QUALIFIED to GIVE*
*ME DELUSIONAL DIAGNOSIS*
*ALSO MY HEAD WAS NOT*
*SCANNED to EVEN MAKE*
*A PROFESSIONAL DIAGNOSIS*

*FALSE STATEMENT OF SAYING*
*"MS. FRANTZ HAS REPEATEDLY*
*ANTAGONIZED that PEER"*
*LSH BLAMING ME FOR VERONICA*
*VIOLENTLY ASSAULTING ME WITH bic*
*to MY HEAD.*

*I HAD BIOPSIES IN 2014-2015. EXTREME PAIN IN MY HEAD IN 2016. So YES I believed*
*the tumors Had made it to MY HEAD-BRAIN*

*   Now today 6-1-2020 MY HEAD-FACE is disfigured. MY LEFT EYE-EAR, CHEEKBONE*
*MOVED So MUCH MY EYE-GLASSES lift crooked on MY FACE AND I HAVE A Herniated Abdomen*
*                                        BF*

3

EAI 4-15-21
2 of 8

MY COPY
MAILED 1-21-21

CHIEF JUDGE DAVID KING                    1-21-21

601 S. 3rd ST., SUITE 3051

LEAVENWORTH, KS 66048

IN THE DISTRICT COURT IN LEAVENWORTH COUNTY, KANSAS

RE: STATE OF KANSAS V. BARBARA MARIE FRANTZ

CASE NO. 2017-CR-92

APPELLATE CASE NO. 20-123096-S

COMES NOW DEFENDANT, BARBARA FRANTZ, BY PRO SE, MOVING
THIS COURT FOR COMPLAINTS FOR INVESTIGATING INTO PROSECUTOR
KATIE DEVLIN AND DEFENSE ATTORNEY MICHAEL HIGHLAND MISCONDUCT
OF PROVIDING FALSE STATEMENTS TO DISTRICT COURT JUDGE SUNDBY
ON MARCH 22Nd 2017 AND INVESTIGATE INTENDED REASON FOR
THE FOLLOWING:

DEFENDANT ASSERTS:

1. MARCH 22Nd 2017 TRANSCRIPT PAGE 3 PROSECUTOR KATIE DEVLIN
STATED TO DISTRICT COURT JUDGE SUNDBY: "JUDGE, LAST TIME WE
HAD THE COMPETENCY EVALUATION ORDERED. AND WE'VE RECEIVED THAT
COMPETENCY EVALUATION."

1 OF 6

2. MARCH 22nd 2017 TRANSCRIPT page 4 defense Attorney Michael Highland stated to Judge Sundby: "Judge, Originally what I had asked was for her to be sent to Larned to be evaluated both for competency to stand trial as well as mental state at the time of the offense. Now that she's gone to the Guidance Center and they come back and say that she is NOT competent to stand trial today, I would Again ask if you would send her to Larned but for three reasons: Competency to stand trial, the Mental State at the time of the Alleged offense, and also for a complete medical and medicine Review. She's having all kinds of problems and -- I think we need to get all that cleared up before we can proceed. And she wants to go, and she wants you to see if you can Expedite her getting down there."

Defendant contends that both Katie Devlin And Michael Highland Are intentionally Lying to Judge Sundby with these statements above, and questions Katie Devlin and Michael Highland's intentions for Lying and the urgency to send defendant to Larned, when defendant did NOT want to go to Larned.

2 of 6

FACTS ARE: I Had NOT Had My Competency Evaluation till After March 22ND Hearing. And I Had passed Competency with flying colors According to the doctor performing the test. And questioned me, why was I being sent to Larned State Hospital?

Defendant and Judge Sundby was being convenced that I would receive medical care by Court Order while at Larned. See March 22ND transcript page 6, Judge Sundby states to defendant:

"Good luck. I hope they can help you with your medical conditions at Larned."

The Guidance Center counselor Jason Malousek came to the jail to see me before the doctor that performed my competency evaluation at the jail. I spoke to Jason Malousek About my pre-arrest medical conditions and concerns of me being full of tumors. And the occurances of my medical conditions being concealed from me caused by a medical error including the violent attack by KU hospital staffers, which I had recorded on my phone. That I believed this was the reason for my for my incarceration, because I did NOT commit this crime. Mr. Malousek Had made recommendations to the district court as stated in my 4-28-17 letter I wrote to Mr. Highland. The Guidance center Jason Malousek did NOT perform competency evaluation on this defendant.

3 of 6

THE doctor that performed the test for competency in March, but after March 22nd hearing stated defendant "passed with flying colors" and questions why defendant was being sent to Larned. Defendant was NOT on any mental health meds, yet she was forced against her will to take mental health meds at LSH and Leavenworth Co. Jail.

Larned did NOT address defendants medical complaints and used her medical complaints to diagnose her as being delusional.

Ms. Kraft at Topeka Correctional Facility Mental Health Dept. has removed defendants delusional diagnosis due to it was falsely given to defendant by LSH.

This false delusional diagnosis caused this defendant great harm in many ways. The state prosecution infected and the court allowed such highly prejudicial evidence into trial by the alternative perpetrator, Patrick Frantz, see: memorandum in support for new trial #8.

4 of 6

THE Alternative Perpetrator Patrick Frantz self-serving testimony statements of defendants "delusional idea's", which the state neglected to instruct it's witness under court's orders in limine, NOT to comment about defendant's mental health issues. This calculated infecting the Jury of me being delusional. The state continued attempts to make defendant look delusional, malicious slandering this defendant. and highly prejudicial.

Defendant questions the intentions by the state Prosecutor Katie Devlin and defense attorney Michael Highland. Regarding their conspiring to maliciously deceiving Judge Sundby. And what their urgency in sending defendant to LSH with court ordered meds.

Defendant moves this district court Judge David J. King for investigating these intentions listed above and request for disciplinary action be given, and provide defendant, Barbara Frantz with findings of investigation.

Enclosed documents for correlations for investigating:
— Joint Commission with enclosed documents A - J dated 12-30-2020
— Appelate attorney James M. Latta 12-18-2020 letter

5 of 6

Respectfully Submitted, GOLD STAR MOTHER
BARBARA FRANTZ #124145
TCF J-3
815 S.E. RICE ROAD
TOPEKA, KS. 66607

CERTIFICATE OF SERVICE

I BARBARA FRANTZ do certify that I SERVED A TRUE And CORRECT
COPY of COMPLAINT FOR INVESTIGATING And PLACED in THE U.S. MAIL
POSTAGE PAID ON JANUARY 27, 2021.

1-21-21
BARBARA FRANTZ

CC: CHIEF CIVIL RIGHTS FBI INVESTIGATOR JOSEPH R. JENSEN

6 OF 6

MY COPY
MAILED 1-13-21

EAI 4-15-21
3 OF 8

JOINT COMMISSION INCIDENT #92738H2Z-32861XOH                    12-30-2020

ONE RENAISSANCE BOULEVARD                        RE: LARNED STATE HOSPITAL –
OAKBROOK TERRACE, IL 60181                        KU HOSPITAL COMPLAINTS

### DECLARATION OF BARBARA FRANTZ - CASE NO. 2017-CR-92

1ST COMPLAINT -

HELLO, BARBARA FRANTZ HERE WITH REQUEST TO FILE A COMPLAINT ON LARNED STATE HOSPITAL
IN LARNED, KANSAS. I HAD FILED A COMPLAINT AGAINST LSH BACK IN 2017 FOR
COMPLAINTS OF BEING ATTACKED BY PATIENT VERONICA JOHNSON. LSH HAS COVERED-UP
THIS VIOLENT ATTACK AND LIED ABOUT MY INJURIES AND FACTS THAT STAFF DISAPPEARED
OUT OF SIGHT OF PATIENTS FROM CAFETERIA 5-22-17, WHERE I WAS VIOLENTLY PUNCHED IN MY HEAD
NUMEROUS TIMES AS I SAT. THERE IS VIDEO MONITORS THAT RECORDED THIS VIOLENT
ATTACK. I OBTAINED DOCUMENTS OF PROGRESS NOTES WHICH SHOW STAFF LYING.
I HAVE WRITTEN NOTES ON PAGES. I WOULD LIKE TO REOPEN THIS COMPLAINT AS WELL
AS ADD MORE COMPLAINTS DUE TO MY MEDICAL DIAGNOSIS OF BEING DELUSIONAL BY LSH
BACK IN 2017, IS NOW BEEN DEEMED A FALSE DIAGNOSIS BY TCF MENTAL HEALTH DEPT.
MS. KRAFT. MS. KRAFT STATES I'm NOT CRAZY AND TOPEKA CORRECTIONAL FACILITY WILL
NOT BE ABLE TO USE THE DELUSIONAL DIAGNOSIS AGAINST ME ANY LONGER. MS. KRAFT
STATES THE DELUSIONAL DIAGNOSIS IS REMOVED, AND FALSELY GIVEN TO ME BY LSH.
THIS FALSE DELUSIONAL DIAGNOSIS WAS GIVEN TO ME TO KEEP INDIVIDUALS FROM BELIEVING
ME OF WHAT I WOULD SAY. LSH CASSANDRA GROTH, PhD. TLP WAS NOT QUALIFIED, AND
NO SUPPORTING EVIDENCE, TO GIVE ME A DELUSIONAL DIAGNOSIS.
THIS WAS DONE WITH MALICIOUS INTENTIONS TO CAUSE ME GREAT HARM. AS LARNED
STATE HOSPITAL AND LEAVENWORTH COUNTY, KANSAS SHERIFF'S DEPT. IS AFFILIATED WITH
KU MEDICAL CENTER HOSPITAL. MY CRIMINAL CASE IN LEAVENWORTH KANSAS IS
UNFOLDING, THE CRIMINAL CASE WAS WRONGFULLY CONCENTRATED AROUND ME, INSTEAD
AND IGNORED THE WEIGHT OF EVIDENCE POINTING TOWARDS MY SON'S GUILT, INCLUDING
A DYING DECLARATION. POLICE OFFICER'S BODY CAMERA FOOTAGE, WHICH THE VICTIM,
MY HUSBAND, IDENTIFIED OUR SON AS HIS KILLER. POLICE AND PROSECUTORIAL MISCONDUCT
IS THE FOCUS OF MY APPEAL FOR ACQUITTAL. LEAVENWORTH, KS CASE NO. 2017-CR-92,
APPELLATE APPEAL TO THE KANSAS SUPREME COURT CASE NO. 20-123096-S.

NOTE: I FILED NUMEROUS GRIEVANCES WHILE I WAS AT LSH SHOWING MY ATTEMPTS TO RECEIVE MEDICAL
CARE. ALSO HAVING MY 11-2-16 MRI DISC IN MY PROPERTY AT LSH FOR REQUEST FOR SECOND OPINION.

1 OF 4

And, more material facts showing the Prosecutions urgentcy to send me to Larned State Hospital. From facts district court judge was lied to, by my court appointed attorney Mr. Highland and Prosecutor Katie Devlin. This lying to judge Sundby about stating that the LV Guidence Center had done a competency evaluation and stated that I had NOT passed competency. This is incorrect and malicious lying to the district court judge. This lying was done to get me sent to LSH with court ordered medications. I was NOT on any medications, nor when I left for LSH, April 17th 2017. I was forced to take mental health meds while I was at Larned, which I kept reporting I was having side effects to Geodon, and Larned refused to change my medications.

I was to be court ordered to have my medical conditions looked at while I was at Larned. The court order for this and facts my grievance's and letters show, Larned NOT addressing my medical compiants of being concerned of tumors. My pre-arrest medical conditions were being concealed from me by my providers, due to it being a medical error by KU Hospital. Which brings me to, my request to file complaints against KU Hospital.

2nd — I started complaints against KU Hospital to the Joint Commission and
Compiaint my health insurance company After I was attacked by KU Hospital staffers
Correlation on Dec. 7th 2016. This was 3-attempts of aggravated-battery-kidnapping of KU staffers trying to drag me back into their hospital. I recorded this attack on my smart record on my phone. I have hours of recordings before and after this attack, also on my phones. I sent in a compiaint on this Aisd, while I was at Larned, on 6-05-17. This compiaint was never acknowledged by the Joint Commission. I suffered severe bodily injuries from this attack by KU Hospital staffers 12-7-16.
The correlation has been drawn by concluding the criminal case wrongfully-maliciously pursued me, which shut down my multi-million dollar lawsuit and my major compiaints against KU Hospital, which mirror Dr. Tilzer's compiaints to the Joint Commission against KU Hospital, he had filed.

Note: Judge Sundby states to me: "Good luck. I hope they can help you with your medical conditions at Larned." March 22nd 2017 hearing transcript page 6.

And, the Lawsuit, Wendy Ann Noon Berner, of Shawnee, KS filing a Lawsuit against the University of Kansas Hospital and the Former Chairwoman of the pathology dept. of Fraud, Negligence, and Civil conspiracy, in 2017. This along with Dr. Tilzer and my complaints are very damaging, together.

These two complaints, by Dr. Tilzer, then KU Hospital's pathologist's, and my complaints against KU Hospital, regarding my being violently attacked by KU Hospital staffers and the concealment of my Medical conditions. I discovered on MRI 11-2-16 of 1100 photo images showing findings, on 10-5-16 testing of CT matching images, matching on my MRI, yet NOT reported on in my MRI imaging report, which I reported to LSH and KU Hospital, along with LVCO, KS sheriff's dept. medical personel.

The concealment is still going on to this day. The false delusional diagnosis was allowing individuals in the medical field to ignore my medical complaints. Ms. Kraft states she and her mental health records can be subpoenaed.

Kansas University Hospital having great influance here in Kansas and an affiliation with large amounts of others in the industry of the medical field. This was very damaging in many ways, to very many medical professionals. Not to mention others I've recorded to file my complaints, are also recorded on my Smart Record, on my phones. Very damaging recordings to a large number of individuals. Powerful reasons to keep me incarcerated and giving me a delusional diagnosis. NOW PROVEN MALICIOUS.

I have enclosed many documents as follows:
A   06-05-17 copy of my complaint I sent in 6-5-17 to Joint Commission on KU Hospital  3-pages.
B   05-15-2017  Summary of dates of occurrances from medical error  9 pages
C   Internet documents of Dr. Tilzer and Wendy Ann Noon Berner  4 pages
D   Medical documents  15 pages  Abuse Report 5-10-19
E   Larned State Hospital progress notes - grievances at Larned  25 pages front/back
F   two Kiosk documents with Eighteen MRI photo's 11-2-16  20 total pages
G   two photos of my face  2-pages

3 of 4

H LETTER TO MY APPELLATE ATTORNEY JAMES M. LATTA 12-26-2020 10 pages

I LETTER TO DISCIPLINARY ADMINISTRATOR KATIE BAIRD 12-28-2020 5 pages w/ Attached 2 pgs

J LETTERS TO KU HOSPITAL PATIENT REP. BECKY M°BURG — DR. HATFIELD 2-pages

I WAS IN CONTACT WITH KU HOSPITAL ATTORNEY, TREVIN E. WRAY, OF OVERLAND PARK KANSAS, IN 2017, FOR NEGOTIATION OF A SETTLEMENT REGARDING 12-7-16, WHAT HE REFERS TO "MISTREATMENT" OF ME BY HIS CLIENT KU MEDICAL CENTER; STAFFERS.

ALSO I DISCOVERED THE REASON WHY SOCIAL SECURITY DISABILITY WENT BACK TO WHEN MY SON PASSED AWAY IN SEPT. 2011 TO PAY, BACK PAY, INSTEAD OF WHEN I APPLIED AFTER I BECAME DISABLED FROM KU HOSPITALS MEDICAL ERROR IN OCT. 2013. THIS WAS TO HIDE FACTS THAT MY DISABILITY WAS FROM THE MEDICAL ERROR FROM MY ORGAN DAMAGE CAUSED BY KU HOSPITALS NEGLIGENCE. I NOW ALSO REQUEST FOR FBI INVESTIGATIONS AND FEDERAL P.C. ON ATTEMPTS ON MY LIFE AND THE STATES INVOLVEMENT. LSH PROGRESS NOTES ATTACHED PAGE NO. 3 SHOWS, LSH STATEMENTS OF DELUSIONAL DIAGNOSIS, FIXATED SURROUNDING, AROUND VARIOUS MEDICAL CONCERNS, E.g., PERCEPTION THAT TUMORS THROUGHOUT ~~MY~~ HER BODY IMPACTING MY BRAIN. TO DATE; I HAVE PERMANENT FACIAL SKELETAL DISFIGUREMENT FROM KNOTS AND SWELLING THROUGHOUT MY HEAD AND FACE, MOVING MY LEFT SIDE EAR AND EYE, MY LEFT CHEEKBONE. MY WHOLE LEFT SIDE OF MY FACE IS SWOLLEN OUT-WARD. I HAVE A SEVERELY DISTENDED ABDOMEN WITH 2-HERNIATED AREA'S. I SUFFER CONSTANT INFECTIONS. I'VE WORSENED FROM BEING SEVERELY NEGLECTED, INTENTIONALLY, DUE TO, SLANDEROUS" FALSE, DELUSIONAL DIAGNOSIS BY LSH, WHICH IS AFFILIATED WITH KU HOSPITAL AND LEAVENWORTH COUNTY SHERIFF'S DEPT. WHO CONTINUED THE CONCEALMENT OF MY MEDICAL CONDITIONS. ALL VERY DISTURBING ON SO MANY LEVELS AND CRIMINAL. I GREATLY APPRECIATE YOUR TIME IN INVESTIGATING MY COMPLAINTS ABOVE THAT GO, HAND IN HAND, CORRELATING WITH GENUINE QUESTIONS OF FACTS TO BEGIN INVESTIGATIONS OF MY COMPLAINTS.

I BARBARA FRANTZ, DECLARE UNDER PENALTY OF PERJURY UNDER THE UNITED STATES THAT THE FORGOING IS TRUE AND CORRECT AND PLACED IN U.S. MAIL ON JANUARY 13th 2021.

RESPECTFULLY SUBMITTED, GOLD STAR MOTHER

BARBARA FRANTZ # 124145 TCF

Barbara F          12-30-2020

815 S.E. RICE ROAD

TOPEKA, KS. 66607

CC: JOSEPH R. JENSEN CHIEF CIVIL RIGHTS FBI INVESTIGATOR          4 OF 4

APPELLATE ATTORNEY JAMES M. LATTA

My copy
Mailed 4-11-21

EAI 4-15-21
4 of 8

IN THE SUPREME COURT OF THE STATE OF KANSAS

State of Kansas

Plaintiff - Appellee                           County Appeal: Leavenworth

VS.                                                 District Court No. 2017-CR-92

Barbara Marie Frantz                        Appellate Case No. 20-123096-S

Defendant - Appellant

Motion for Emergency Hearing to Place
defendant in Federal Protective Custody
For Life Saving Medical Care and Treatment

Comes Now defendant Barbara Frantz, by Pro Se, Moving this
Supreme Court of Kansas for emergency hearing to safe-gard her
protection as a witness against the Plaintiff - Appellee State of Kansas,
for the State of Kansas conspiracy to commit pre-meditation 1st
degree murder against this defendant, and to receive life saving
medical care and treatment through Federal protective Custody,
and/or Federal witness protection. This defendant asks this Supreme
court to take judicial notice of the unusal circumstance of this
appeal before the Supreme court of the state of Kansas.

In support of this Motion, Ms. Frantz states the following:

    1. Ms. Frantz is closely seeking help from Ms. Kraft, LMLP, Mental
Health dept. of TCF, and Ms. Frantz request for Ms. Kraft to be
subpoenaed as witness before this court for emergency hearing
with her mental health records subpoenaed regarding this defendant.

1 of 3

2. Defendant asks this court to refer to her motions mailed April 5th 2021 to this Supreme Court of the State of Kansas: No. 1, Motion for Appellate Attorney Capable for Representation to defend the scope of Civil Rights Violations Committed by the State of Kansas and malicious misconduct correlating with defendants Medical/Criminal case appeal before The Supreme Court of the State of Kansas. No. 2, Motion for Federal Protective Custody

Defendant asserts: Witness Ms. Kraft, LMLP, Mental Health dept. of Topeka Correctional Facility, of Centurion, is in fact a witness of the concealment of Ms. Frantz' life threatening medical conditions and witness of the conspiracy by the State of Kansas to commit pre-meditation 1st degree Murder against Ms. Frantz. Defendant has filed an emergency grievance to the warden of Topeka Correctional Facility and to Topeka Correctional Facility, EAI, of the pre-meditation attempt of murder by the State of Kansas, on April 7th 2021 and April 9th 2021, regarding for investigation and Federal protection of defendant, Barbara Frantz inmate No. 124145. TCF, KDOC, Global Diagnostic Services, Dr. Correa of Endocrinology, State of Kansas LVCo Prosecutors, Leavenworth District Court / Judge Gibbens, Leavenworth Pd, LVCo Sheriff Andy Dedeke and staff, Larned State Hospital, Saint Lukes Hospital, Providence Imaging, and KU Hospital, among others, defendant names as conspirators to commit pre-meditation 1st degree murder against Ms. Frantz, through the concealment of her life threatening medical conditions worsening from a pre-arrest medical error.

2 of 3

DEFENDANT would HAVE THIS COURT TAKE JUDICIAL NOTICE of THE RECORD
iN THE ABOVE CASE AND TRIAL RECORDS MORE SPECIFIC, HEREIN INCORPORATED
by REFERENCE, AS iF FULLY SET FORTH. SEE STATE V. GRAHAM 275 KAN.
176, 181-82 (2003).

WHEREFORE, defendANT BARBARA FRANTZ, ASKS THIS COURT to grANT
EMERGENCY HEARING to PLACE defendANT iN FEDERAL PROTECTIVE CUSTODY
for LIFE SAVING MEDICAL CARE AND TREATMENT, to SAFE-GARD HER
PROTECTION AS A WITNESS AGAINST THE, STATE of KANSAS CONSPIRACY
to COMMIT PRE-MEDITATION 1ST DEGREE MURDER AGAINST MS. FRANTZ.

RESPECTfully Submitted,

GOLD STAR MOTHER  BARBARA FRANTZ #124145

TOPEKA CORRECTIONAL FACILITY

815 S.E. RICE ROAD

TOPEKA, KS. 66607

CERTIFICATE OF SERVICE

I BARBARA FRANTZ do CERTIFY THAT I SERVED A TRUE AND CORRECT
COPY UNDER PENALTY of PERJURY. K.S.A. 53-601 AND UNDER 28 U.S.C.
SECTION 1746, AND PLACED iN THE U.S. MAIL POSTAGE PAID ON
APRIL 11th 2021.

BARBARA FRANTZ

3. OF. 3

EAI 4-15-21
5 of 8

MY COPY
MAILED 4-7-21

DEAR JOSEPH R. JENSEN                          4-7-21

U.S. DEPT. OF JUSTICE                    RE: LVCO, KS 2017-CR-92

935 PENNSYLVANIA AVE, NW              APPELLATE NO. 20-123096-S.

WASHINGTON, DC 20535-0001

### DECLARATION OF BARBARA FRANTZ

HELLO, BARBARA FRANTZ HERE AGAIN. I WANT TO REPORT AN ATTEMPT

OF MURDER ON MY LIFE BY TCF, KDOC, Global Diagnostic AND dR. CORREA

Endocrinology. NO THIS IS NOT A JOKE. I FILED A MOTIONS TO THE

KS SUPREME COURT WITH MEDICAL RECORDS (ENCLOSED), I OBTAINED FROM

dR. CORREA ON 2-10-21. THESE MEDICAL RECORDS OF MY ULTRA SOUND

OF MY NECK - COLLARBONE. THE ULTRA SOUND TECH SCANNED ON 10-16-2020

MY KNOTS ON MY ISTHMUS THYROID GLAND AND MY COLLARBONE YET

THE ONLY THING REPORTED ON MY U.S. REPORT IS A CYST ON MY

LEFT LOBE: NODULE 1:06 X 0.3 X 0.4 CM COLLOID CYST IN THE MID LOBE.

I SEEN dR. CORREA MY FIRST VISIT 1-22-21 (1-18-21), HE HAD DONE AN

EXAM OF MY NECK, MY THYROID. HE FELT THE LARGE KNOT ON MY

(ISTHMUS THYROID GLAND), THE LARGE KNOT I REFER TO AS MOUNT-EVEREST

ON THE LOWER MIDDLE OF MY NECK AND dR. CORREA STATED HE WOULD

DO ANOTHER SCAN TO GET A BETTER LOOK AT MY ENLARGED THYROID

AND IF IT IS SOLID HE WOULD DO A BIOPSY FOR CANCER. MY SECOND

VISIT 2-10-21 I WAS SUPPOSED TO OF HAD THE SCAN DONE BEFORE

THIS SECOND VISIT, YET EVERYTHING HAD CHANGED. NOTHING WAS DONE,

AS dR. CORREA STATED OF A SCAN TO GET A BETTER LOOK.

$\frac{1}{4}$

DR. CORREA set me out for a year appointment. I am speaking alot with MS. KRAFT, LMLP, MENTAL HEALTH dept. AT TCF. I questioned MS. KRAFT that if I get a terminal diagnosis is this murder? MS. KRAFT stated "YES" and "EVERYONE THAT KNEW About it Along WITH THOSE directly envolved would Also be HELD RESPONSIBLE." MS. KRAFT stated, "KU PRACTALLY owns Kansas". MS. KRAFT Also stated HER "goal is to get ME out of HERE <TCF>, Alive". I am terrified for my Life! I am worried my Appeal WITH THE KS SUPREME Court Will Also be corrupted, as a Large number of Professionals I am Exposing, THREATENING THEIR Lively Hood, Freedom, on a Large Scale. MS. KRAFT stated "THIS is a once in a Life time Story-Case". I KNEW WHAT I HAD UNCOVERED of my PRE-ARREST, just get my Recordings from THE JAIL Speaking WITH my family. I Stated over and over THAT THEY HAD THE WRONG FRANTZ, THAT I SHould be IN FEDERAL WITNESS Protection. Also my MOTHER and I SPOKE About Judge Sundby's VERBATIM Statement ON MARCH 1st 2017 of Judge Sundby STATING to my THEN Court Appointed Attorney Michael Highland, "AREN'T you JUMPING THE gun we HAVEN'T EVEN HAD THE PRELIMINARY HEARING Yet? I WROTE this IN A LETTER BACK IN 2017, A LETTER to my Attorney YET THIS VERBATIM Statement IS NOT IN THE TRANSCRIPT MARCH 1st 2017.

2/4

This Allowed me to request for an investigation into the court reporters. The misconduct by Police and Prosecution in Leavenworth, Ks was calculated in doing so. All to lock me away knowing I would NOT be getting any medical care at TCF-KDOC. More calculated misconduct to end my life, to burry me Literally. My sister Teresa Beauclair is a nurse, and she is questioning why the FBI hasn't investigated yet?

Ms. Kraft stated to me that if anything happens to me, she is all over my records, that she would be questioned. This gives me NO ASSURANCE, I have a Will to Live. I am NOT fake, NOT a Liar, NOT a Murder. My recordings pre-arrest, to recordings at the jail Phones, the recordings here at TCF phones and I believe Ms. Kraft and others are recording me. That's great for me because I told Ms. Kraft there is only one story, the real story. Again I'm NOT a Liar. My severely distended with 2-large herniated area's had been scanned by Global diag. Services has U.S. my Abdomen, I know they are concealing my diagnosis to my Abdomen Also. I'm guessing my medical conditions are soo severe that any reasonable person as I, would assume it is life threatening to expose my medical conditions. Also my knots-swelling disfiguring my face is all going severely depraved-neglected by TCF-KDOC.

$$\frac{3}{4}$$

MS. KRAFT stated, "THERE is NOTHING WRONG WITH MY MENTAL HEALTH", THAT SHE "is NOT SAYING THE SAME AS MY PHYSICAL HEALTH". MS. KRAFT is MY SAVIOR HERE AT TCF AS HER COURAGE AND INTEGRITY TO SPEAK UP ABOUT WHAT SHE HAS IDENTIFIED ABOUT WHAT THESE PROFESSIONALS ATTEMPTS TO END MY LIFE, TO KEEP FROM BEING EXPOSED.

WITH THIS INFORMATION I AM REQUESTING FEDERAL PROTECTION. I AM A WITNESS AND I AM INNOCENT AS THE RECORDED POLICE BODY CAMERA FOOTAGE BEFORE ANY CORRECTION PROVES MY INNOCENCE. MY MEDICAL RECORDS, IMAGES, AND PRE-ARREST RECORDINGS. MY DOCUMENTATION I CONTINUE TO OBTAIN PROVES THE ATTEMPT OF MURDER ON MY LIFE. MS. KRAFT AND I, ARE WORRIED MY MEDICAL CONDITIONS ARE NOT RECTIFIABLE, LIFE ENDING. THAT WOULD THEN MAKE THIS MURDER. PLEASE INVESTIGATE. AND I CONTINUE TO REQUEST FOR A CIVIL RIGHTS ATTORNEY. ENCLOSED: MEDICAL RECORDS ULTRA SOUND 10-16-2020 W/12-2-2020 LAB REPORT 3 PAGES.
SINCERELY, I GOLD STAR MOTHER BARBARA FRANTZ # 124145 DECLARE UNDER PENALTY OF PERJURY UNDER THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT AND PLACED IN THE U.S. MAIL ON APRIL 7TH 2021.   4-7-21

TCF J-3   815 S.E. RICE ROAD TOPEKA, KS 66607

CC: TERESA BEAUCLAIR   785-224-3910

4/4

My Copy
Mailed 4-14-21

EAI 4-15-21
6 OF 8

DEAR JOSEPH R. JENSEN CHIEF CIVIL Rights FBI INVESTIGATOR          4-12-21
US DEPT of JUSTICE                          RE: LVCO, KS  2017-CR-92
935 PENNSYLVANIA AVE, NW                Appellate CASE NO. 20-123096-S
WASHINGTON, DC  20535-0001

HELLO, BARBARA FRANTZ HERE Again. I HAD JUST SENT YOU 4-7-21
LETTER OF MY DECLARATION STATEMENT. I SPOKE TO MS. KRAFT, LMLP,
MENTAL HEALTH dept. HERE AT TCF. SHE And I SPOKE About MY MEDICAL
CONDITIONS BEING CONCEALED by TCF-KDOC. I HAD WITH ME AN EMERGENCY
GRIEVANCE TO TOPEKA CORRECTIONAL FACILITY, EAI, WHICH I WAS REQUESTING
FOR AN INVESTIGATION INTO THE PRE-MEDITATION 1ST degree MURDER
by TCF, KDOC, Global DIAGNOSTIC SERVICES AND DR. CORREA. Also
REQUESTING FOR FEDERAL PROTECTION. MS. KRAFT STATED, "YOU MEAN
LIKE THE FACILITY ONLY REPORTING ON ONE tumor ON THE LIVER, WHEN
THERE IS 6 tumors ON THE LIVER".

I AM UNCOVERING A TREMENDOUS Amount of CORRUPTION AND THE
CALCULATED MALICIOUS CONSPIRACY to Commit PRE-MEDITATION 1ST degree
MURDER AGAINST ME. THESE INDIVIDUALS INVOLVED IN THIS CONSPIRACY
to COMMIT MURDER AGAINST ME, SOME INVOLVED by THE State of
KANSAS WHICH ARE WORKING ON Allowing MY LIFE THREATENING
MEDICAL CONDITIONS TO OVER COME ME before MY APPEAL IS HEARD.
I AM A WITNESS AGAINST THE State of KANSAS PROFESSIONALS
WHICH HAS SEVERELY CALCULATED MALICIOUSLY CORRUPTED MY
MEDICAL CONDITIONS AND CRIMINAL CASE, THESE PROFESSIONALS LOOKING
AT INDICTMENTS.

$\frac{1}{3}$

I AM A THREAT to THEIR LIVELY-HOOD AND FREEDOM AND I
AM IN STATES CUStody, IN FACT IN THE HANDS-CARE WHICH
CONTROLS, AllowING by INTENTIONAL CONCEALMENT of MY LIFE
THREATENING MEDICAL CONDITIONS. THEY ARE doING EVERYTHING
to MAKE SURE I get NO MEDICAL CARE, THIS is PRE-MEDITATION
ATTEMPT of MURDER, THEIR PLAN FROM THE begINING of
MY ARREST. THEIR CONCEALING THE MISTAKE MADE ON THE
SCENE of MY Husband's MURDER. THIS WAS CALCULATED MISCONDUCT
by COVERING-up THE MISTAKE MADE ON SCENE, WHICH is
RECORDED ON POLICE body CAMERA FOOTAGE. COVERING-up THE
EVIDENCE THAT SOMEONE ELSE COMMITTED THE CRIME. THIS done
to COVER-up - PROTECT KU HOSPITAL'S CRIMINAL ACTIVITY
AGAINST ME AS I WRITE IN MY DECLARATION COMPLAINT to
THE JOINT COMMISSION dated 12-30-2020, YOU HAVE A COPY
of THIS COMPLAINT I MAILED 1-26-21 LETTER dated 1-24-21.
MS. KRAFT STATED "KU PRACTALLY OWNS KANSAS".

AS LONG AS I HAVE BREATH IN ME OR till I HEARR FROM
THE FBI I WILL CONTINUE to WRITE to YOU. I AM Still
REQUESTING AN INVESTIGATION AND A CIVIL RIGHTS ATTORNEY, PLEASE!

2/3

Ms. Kraft is a <u>Witness</u> to what TCF - KDOC is Concealing, the pre-meditation attempt of murder, the Conspiracy by the State of Kansas to Commit pre-meditation Murder against me.

Enclosed:¹ Motion For Emergency Hearing For Federal Protective Custody For Life Saving Medical Care and treatment for my Appeal to the Supreme Court of the State of Kansas.
² April 13ᵗʰ 2021  List of Conspiracy to Commit Murder

✳ I Prefer Federal Witness Protection

Sincerely,  Gold Star Mother
           Barbara Frantz # 124145
           TCF J-3
           815 SE Rice Road
           Topeka, Ks. 66607

           Barbara Frantz   4-12-21

CC: Teresa Beauclair  D.P.O.A. - Sister
         785-224-3910

OVER ➜

3
—
3

PRE-MEDITATION
CONSPIRACY TO COMMIT 1ST DEGREE MURDER -
PRE-MEDITATION ATTEMPT OF MURDER AGAINST BARBARA FRANTZ
APRIL 13th 2021

— KU HOSPITAL  NEGLIGENCE FOR MEDICAL ERROR  OCTOBER 2013
MANY ER VISITS - TESTS, ER 12-7-16  3-ATTEMPTS  AGGRAVATED BATTERY KIDNAPPING
— SAINT LUKES HOSPITAL  AFTER MEDICAL ERROR HOSPITAL STAY FOR A WEEK
10-18-2013,  CT 10-5-16, Abd. U.S. ( CHEST X-RAY  10-25-16  U.S.
SAINT LUKES - CUSSING HOSPITAL  LABS SEPT. 2019  CT- SEPT. 2019


— MAYO CLINIC NOV. 2013,  2015  SENT PACKET OF MRI 11-2-16 DISC
MRI IMAGES - PHOTOS, MEDICAL RECORDS
— BTX IMAGING  ULTRASOUNDS, CHEST X-RAYS - ABDOMINAL X-RAYS
— KANSAS CITY - LEAVENWORTH IMAGING  U.S.  AUGUST 2016
— PROVIDENCE IMAGING  MRI 11-2-16  1100 IMAGES
— HEARTLAND PRIMARY CARE  PCP
— LARNED STATE HOSPITAL
— PAWNEE CO. HOSPITAL  JULY 2017  CT
— LEAVENWORTH : SHERIFF ANDY DEDEKE AND STAFF,  STATE PROSECUTORS
— CCS MEDICAL FOR SHERIFF'S DEPT. JAIL
— MICHAEL HIGHLAND  COURT APPOINTED DEFENSE ATTORNEY
— TOPEKA CORRECTIONAL FACILITY - KANSAS DEPT. OF CORRECTIONS / DR. LEE
— WILL MORRIS LPC  LVCO, KS JAIL

— DR. CORREA  ENDORINOLOGY
— LEAVENWORTH DISTRICT COURT / JUDGE MICHAEL GIBBENS
CONTACTED THE FOLLOWING :
THE JOINT COMMISSION, 3-PARTY TO COVERNTRY HEALTH INSURANCE,
WYANDOTTE POLICE DEPT., STATE REP. OFFICE, TERRORISM HOT LINE, KS GOVERNOR,
KS ATTORNEY GENERAL, KBI, KS FBI, WASHINGTON, DC FBI, LVCO, KS JUDGE KING

EAI   4-15-21

7 OF 8

MY COPY
MAILED 12-20-2020

James M. Latta   Appellate Attorney                    12-18-2020

700 SW Jackson , Suite 900               Re: 20-123096-S

Topeka, Ks. 66603 -3733                  LVCO, KS  2017-CR-92

Hello, Barbara Frantz here with a Request for you to
Subpoena TCF Mental Health , Ms. Kraft, for my Mental
Health Records.   I have explained in my letters to the
Appellate Defender Office, that Ms. Kraft has stated to me
my delusional diagnosis by Larned State Hospital was a FALSE
diagnosis given to me so that Nobody would believe me about
my Medical complaints.    And, what I was stating about my
Pre-Arrest Medical conditions were being concealed and the
Violent Attack by KU Hospital Staffers.   This Attack was Recorded.
And it's 3 Attempts of Aggravated battery Kidnapping. I Had
severe injuries.   All due to I had discovered from my MRI
Containing 1100 images Resulting findings, yet NOT Reported
on, in my MRI findings Report.   This was the Reason for
the Hospital NOT Allowing me to leave their property. I was
Just out-side the Hospital, And Again, I Recorded this
Violent Attack on my Smart Record on my Phone.   KU Police
Report, Wyandotte Police Report, and my Hours of Recordings
before and After this Violent Attack of 3 Attempts to
Kidnap me, is the Reason for my false delusional diagnosis,
and why I was being made to LOOK CRAZY. All Very
disturbing and CRIMINAL. All due to a Medical ERROR
by KU Hospital.

1
─
6

THE MISTAKE MADE ON THE SCENE OF MY HUSBANDS SHOOTING.
GARY P. FRANTZ IDENTIFIED HIS SON, PATRICK FRANTZ, AS HIS KILLER.
MISSED BEING HEARD ON SCENE, BUT WAS CAPTURED ON
OFFICER STEVENSON'S BODY WORN CAMERA. (DEFENSE EXHIBIT A8).

THIS EASILY RECTIFIBLE ON REVIEWING OFFICER STEVENSON'S BODY
CAMERA RECORDING. NUMEROUS WITNESSES IDENTIFY A YOUNG
WHITE MALE, TALL, THIN, LANKY, IN HIS 20's, LEAVING
THE SCENE. RECORDED ON BODY CAMERA'S AND 911 CALLERS.

OFFICER STEVENSON REPORTED IN HIS NARRATIVE REPORT 1-27-17.
STATING: "AS I APPROACHED I OBSERVED AN UNKNOWN WHITE
MALE IN THE PARKING LOT WEARING A BLACK HOODED
SWEATSHIRT. I SAW THE SUBJECT HAD A <u>FIREARM IN
HIS HAND</u>. I POINTED MY DEPARTMENT ISSUED GLOCK
22 SIDE ARM AT HIM AS HE ANNOUNCED TO ME,
'OFFICER I HAVE A GUN. DO YOU WANT ME TO PUT IT AWAY.'
I TOLD HIM TO PUT IT AWAY AND HE <u>RAN</u> TOWARD
A VECHILE AND I DID <u>NOT</u> SPEAK WITH HIM AGAIN."

THIS STATEMENT BY STEVENSON, REPORTED, MATCHES WITNESS ERIC CHARLES
PRELIMINARY TESTIMONY STATING, HE SAW THE SHOOTING AND TESTIFIED
THE SHOOTER WAS WEARING DARK CLOTHING AND A HOOD OR HAT.
( 1-9-18 PRELIMINARY Pg 67 ).

$\frac{2}{6}$

SEVERAL INACCURATE ACCOUNTS from THE SCENE, RECTIfiBLE UPON
REVIEWING body CAMERA RECORDINGS. THIS CASE gets SEVERELY
CORRUPTED by TAINTED STATEMENTS, LYING, DECEIVING AND
THE MANIPULATION of EVIDENCE AND WITNESSES.
THE FALSE DELUSIONAL DIAGNOSIS WAS JUST THE START OF THE
"gas LIGHTING" DONE TO MAKE MY STATEMENTS NOT BELIEVED. I WAS
TO BE COURT ORDERED TO HAVE MY MEDICAL COMPLAINTS OF HOW SICK
MY ORGANS WERE AND TO SEE IF I WAS full OF TUMORS AS I
WAS CONCERNED ABOUT. NEITHER, OF THE COURT ORDER, OR, HAVING
MY MEDICAL COMPLAINTS ADDRESSED BY LARNED STATE HOSPITAL, OCCURRED.


THE DOCTOR THAT PERFORMED MY fiRST COMPETENCY EVALUATION WHILE
I WAS STILL IN THE LVCO, KS JAIL, QUESTIONED WHY WAS I BEING
SENT TO LARNED STATE HOSPITAL. HE STATED TO ME, THAT I "PASSED
WITH flying COLORS" WHY ARE YOU BEING SENT TO LSH"?


Judge Sundby STATED ON MARCH 1ST 2017 COURT APPEARANCE TO MY THEN
COURT APPOINTED ATTORNEY Michael Highland, WHEN MR. Highland REQUEST
TO SEND ME TO LSH, Judge Sundby QUESTIONS:
"AREN'T YOU JUMPING THE gun. WE HAVEN'T EVEN HAD THE PRE-LIMINARY
HEARING YET?" THIS VERBATIM STATEMENT BY Judge Sundby IS
NOT TRANSCRIBED IN THE MARCH 1ST 2017 TRANSCRIPTS AS
IT SHOULD BE. COURT REPORTER I BELIEVED WAS IN THE COURT ROOM
THIS DAY, BUT YET COURT TRANSCRIPTIONIST, SARA COX, REPORTED     3
THE TRANSCRIBING.   SEE: LETTER TO MR. Highland 6-25-17.        ―
                                                                6

This case built around Officer Stevenson's perjury testimony of Gary Frantz' dying declaration. Patrick Frantz lying under oath about his alibi on the night of the shooting, which the Leavenworth Police dept. never attempted to investigate, yet testimony evidence showing Patrick Frantz was a person of interest, lead det. St. John testified. And testifies, he lead det. St. John's testimony, that he did NOT record the police station interview with the, person of interest, Patrick Frantz. What is LVCO, KS Police Policy?

The Leavenworth Police investigation wrongfully concentrated on Barbara Frantz, and ignored the weight of evidence pointing towards Patrick's guilt, including a dying declaration in which Gary Frantz identified Patrick Frantz as his killer.

The body camera footage showing Gary Frantz's identification of Patrick as the shooter shown in, defense Exhibit A8.
Officer Stevenson asking: "Do you know who shot you, Gary?" to which Gary responded: "My boy".

$$\frac{4}{6}$$

I have also Requested for the, illegal warrant, Stated by my former Attorneys in 2017, Yet was Never Addressed in court, to be looked into.

Material Facts pointing towards Patrick Frantz's guilt, but Yet my wrongful conviction, which has Resulted in Shutting down my Multi-Million dollar lawsuit and major complaints Against KU Hospital and other Providers Resulting from a Medical Error, All Shut down by a Wrongful conviction. The Miscarriage of Justice of a Gold Star Mother.

KU Hospital Already under Another Multi-Million dollar lawsuit and Major complaints of concealing Medical conditions of a Patient of KU Hospital, occurring at the Same time is Very damaging. KU Hospital Having great influence and Affiliation with Leavenworth Sheriff's Dept. and Larned State Hospital.

I have Suffered Physical and Sexual Assaults by Staff. I was under 24 Hour Monitoring at the time of these Assaults by Staff. I was denied my Right for Basic Human Need for Medical Care and treatment for the 3½ years of my wrongful incarceration. I was left to Suffer with infections which threaten my life causing Permanent facial disfigurement, and I Still Have a Severely distended Abdomen with 2-Herniated Areas, Facial Knots with Swelling going still un-treated to this day.

$\frac{5}{6}$

My K.S.A. 60-1507 with Exhibits A-H, showing From transcripts, case material of Police and Prosecution Hiding Facts of Evidence that Patrick Frantz committed the crime, gross amounts of Misconduct, Malicious Mischief.

I am Requesting you obtain my Mental Health Records From TCF, Ms. Kraft, and From Leavenworth Guidance Center which gave Recomendations to the LVCO, Ks District Court of why I should be sent to LSH.

Also Requesting for you to look into the illegal warrant, and Motion for Appeal Bond, O.R. as quickly as possible For Reasons listed in this Letter and to Receive Medical care and treatment as I continue to worsen from Neglect of Knots-Swelling from my collarbone to the top of my Head. Severely distended Abdomen with 2-Herniated-Areas worsening from Neglect of a Medical Error.

I greatly Appreciate your time and providing me my Request and documentation to me of my Request.


Sincerely, Gold Star Mother.
   Barbara Frantz #124145
   TCF J-3
   815 S.E. Rice Road
   Topeka, Ks. 66607    12-18-2020

CC: Teresa Beauclair

$$\frac{6}{6}$$

MY COPY
MAILED 12-29-2020

EAI  4-15-21
8 OF 8

JAMES M. LATTA   APPELLATE ATTORNEY                    12-26-2020
700 SW JACKSON , SUITE 900
TOPEKA, KS. 66603-3733                    RE: 20-123096-S
                                          LVCO, KS  2017-CR-92


HELLO, BARBARA FRANTZ HERE WITH GENUINE CONCERNS REGARDING
MY REASONS FOR NEEDING AN APPEAL BOND O.R. , AS QUICKLY AS POSSIBLE
WITH SUPPORTING FACTS, FOR MY APPEAL.
I NOW HAVE BEEN ON 8 ANTIBIOTICS SINCE ARRIVING HERE 7-23-2020 AT
TOPEKA CORRECTIONAL FACILITY. MY 9TH ANTIBIOTIC SINCE JULY 9TH 2020. I
WAS TOLD SEVERAL MONTHS AGO, AND HAVE DOCUMENTATION SHOWING, THAT
I HAVE OUTSIDE APPOINTMENTS SCHEDULED, YET I'VE NOT BEEN TAKEN
TO ANY OUTSIDE APPOINTMENTS. I HAD MY SECOND SET OF HEAD X-RAYS
ON 12-9-2020, WHICH I DID GET TO SEE THESE X-RAYS. THESE X-RAYS
SHOW MY SKELETAL DISFIGUREMENT. I HAD AN ULTRA SOUND FOR MY BOWELS
ON 10-16-2020, EXCEPT FOR THE FACT THAT ULTRA SOUND DOES NOT SHOW
THE BOWEL. SO AFTER FILING A GRIEVANCE STATING THIS, I SEEN DR. LEE
DUE TO MY 3RD UTI DIAGNOSED SINCE ARRIVING AT TCF. ON 9-28-2020
DR. LEE ORDERS AN ULTRA SOUND FOR MY ENTIRE ABDOMEN AND PELVIS.
SICK CALL 12-2-2020 THE NURSE LOOKS UP ON THE COMPUTER AND SEE'S
THE U.S. ORDER, BUT IT WAS NEVER SCHEDULED. THE MEDICAL DEPT.
IS NOT RETURNING MY FORM 9'S I SENT WITH QUESTIONS, TO THE
HEAD OF NURSING, BRANDI DAVIS. MY GRIEVANCES ON TCF MEDICAL
DEPT. TO DOC CENTRAL OFFICE SO FAR HAVE GONE UNRESPONDED
TO THIS DATE.
                    LISTED                              1/10
          POLICE AND PROSECUTORIAL MISCONDUCT
               SEE PAGES 8-9

ON 12-2-2020 I'm given-perscribed an Antifungal cream for a yeast infection, After a week of using this cream I'm told by a different nurse, than perscribed me the antifungal cream, that you don't use Antifungal cream on a yeast infection. On 12-7-2020 I see Dr. Lee And she does a Vaginal culture, which is the reason for my 8th Antibiotic I'm now taking since arriving here at TCF. Dr. Lee has denied my Request for an MRI. My Request for an MRI due to it shows soft tissue really well, And damaged soft tissue the best.

I have been stating I'm full of infection and inffimation. I stay with constant infections for several years. My skeletal disfigurement is from being intentionally left to go without an Antibiotic.

My Mug-shot was Retaken by Leavenworth county, KS Jail on May 27th 2020. I see the Jail's provider on May 28th 2020. She asks me if I took a blow to my head recently, which I replied, I've been complaining to sick call of having a severe sinus infection since last December 2019, And my sick call complaints of my head and Eyes hurting started mid year of 2019. I received NO medical for my sick call complaints.

$\frac{2}{10}$

I did NOT Receive any type of Medical care or Treatment for my Knots and Swelling from my Collar-bone to the top of my Head-Face, which Has caused my Skeletal Facial disfigurement and damage to my Left Ear, until July 9th 2020 Receiving an Antibiotic. This after being denied my Request to see an Optomtrist and Ear-Nose-Throat Specialist. I Requested for a dentist for my Broken tooth, which allowed me show my Left Side of my Face Swollen Outwards and moved-up from Knots and Swelling disfiguring my face. I spoke fast to the Jail's dentist due to the Nurse was threatening to kick me out of the Medical Office trying to stop me from stating and showing the dentist my Left side of my Face and Head Swollen with Knots, my Permanent Facial disfigurement.

I Had intentionally been allowed to worsen by the LVCO, KS Sheriff's Dept. and Medical Personal at the Jail. Also including my Severely distended Abdomen with 2-Herniated Area's. Suffering with passing Kidney Stones and Constant infections going untreated Neglecting my Sick call Complaints and grievances for Medical care and treatment. This a threat to my life. I felt as if my Head was going to Split wide open. Suffering with documented bloodpressure Reading of 206 over 125, Stroke Levels. My Left Ear and Left Eye moved-up. My Left side of my face Swollen out-ward. Unimaginable pain and Suffering.

$\frac{3}{10}$

My being Raped with severe injuries by staff on July 24th 2017, which I was in a Medical Holding Cell with 24 Hour Monitoring. My suffering a stroke at 3 o'clock in the morning on Sept. 7th 2019, Again in the presents of Sheriff officers. I was forced to walk back to my Medical Holding Cell while my body was severely contorting. I was left untreated, NO Medical Care or treatment by officers and Medical staff. I was assalted by the Jail's Nurse 1-22-18, yet another assault, another instance of abuse while video monitors Record these Abuse's. I continued to suffer at the hand's of LVCO, KS Sheriff staff and Sheriff officers from 1-28-17 through 1-23-2020.

My K.S.A. 60-1501 with Exhibits A - Y. Twenty-five Exhibits showing with over 600 pages of documentation, detailing the Abuse's and my denial for Basic Human Need for Medical Care and treatment. My Writ for Habeas Corpus Case No. 2020-CV-34, I even been denied Procedural due process and being denied to Appeal to a Higher Court for denial of due process by the LVCO, KS district court.

Leavenworth Guidance Center Made Recommendations to district court to Have my Medical Complaints Court ordered to be addressed at Larned for concerns of me being full of tumors. Yet Neither of these occurred.

4
––
10

Leavenworth Sheriff's dept. has sent to, Topeka Correctional Facility of Mental Health Records which violated my HIPAA Rights as stated by Mental Health, Ms. Kraft.

These Mental Health Medical Records showing a false delusional diagnosis given to me so that Nobody would believe me given to me by Larned State Hospital, which was to 'gas light' me so Nobody would believe me what I would say. This also according to Ms. Kraft here at TCF. Ms. Kraft states she changed my M.H. diagnosis, taking off the delusional diagnosis.

LVCO, KS Transport Sheriff Officers, Mr. Freakie and Ms. Williams violated my HIPAA Rights upon my intake here at TCF. Speaking about my being Raped in County Jail and slandering me to TCF Officers with inmates present in the A and D building on 7-23-2020. Again, Audio and video Recorded. I've been slandered on disturbing levels.

I have filed complaints to the following:
— PREA complaint to EAI on LVCO, KS Sheriff's dept. Aug. 6th 2020
— HIPAA violations to Dept. of Health and Human Services Civil Rights
  Against LVCO, KS Sheriff's dept. Mailed 11-17-2020
— Complaints for investigations to LVCO, KS Chief Judge David King
  Against LVCO, KS district Court transcriptionist and denial to Appeal
  Writ of Habeas Corpus, filed Dec. 17th 2020 Case No. 2017-CR-92.
— Complaints Against Court Reporters of LVCO, KS to
  Kansas Board of Examiners of Court Reporters Mailed 12-21-2020

$\frac{5}{10}$

As I've stated in my past letters to the Appellate Defender office, that LVCO, KS district court Transcriptionist, Sara Cox, NOT accurately transcribing transcripts. This to hide facts of what I was stating to the district court and Judge Sundby's questioning my court appointed attorney of, why was he trying to rush me off to Larned state hospital. Facts are, is that I had already passed a competency testing before leaving for LSH. Passing with flying colors according to the dr that performed the testing. I was NOT on any mental health medications, yet I was court ordered meds when I was sent to LSH? Larned state hospital giving me a false delusional diagnosis was done to keep people from believing my medical complaints and facts of what I had discovered about my pre-arrest medical conditions were being concealed from me, by my providers, due to it being a medical error. My 11-2-16 MRI of 1100 photos showing findings, yet was NOT reported on in my MRI findings report. And, my hours of recordings on my smart record on my phones. Recording of a violent attack, 3 attempts to kidnap me to drag me back inside of KU Hospital. I had severe injuries and again I recorded this attack. KU Hospital already under a multi-million dollar lawsuit and major complaints for concealing another patient, of her medical conditions. As my multi-million dollar lawsuit and major complaints against KU Hospital, mirroring each other would of been very damaging to KU Hospital, which has an affiliation with LVCO, KS sheriff's dept. And Larned state hospital.

$\frac{6}{10}$

THE LEAVENWORTH KANSAS POLICE AND PROSECUTIONS GROSS AMOUNTS
OF MISCONDUCT DONE MALICIOUSLY BY LYING, DECEIVING, AND
MANIPULATING, TAMPERING WITH EVIDENCE AND WITNESSES OF
MATERIAL FACTS OF OUR SON COMMITTING THE CRIME.

DONE TO KEEP ME INCARCERATED FOR A CRIME, THEY KNEW BY RECORDED
EVIDENCE, I DID NOT COMMIT. PATRICK FRANTZ A PERSON OF INTEREST
TURNED INTO THE ALTERNATIVE PERPETRATOR. TESTIMONY EVIDENCE OF
PATRICK LYING ABOUT HIS ALIBI. EYE WITNESSES RECORDED ON POLICE
BODY CAMERA'S AND 911 CALLERS IDENTIFYING A YOUNG WHITE MALE
TALL, THIN, LANKY IN HIS 20's LEAVING THE SCENE. OFFICER STEVENSON'S
NARRATIVE REPORT 1-27-17, STATING HE OBSERVED A WHITE MALE
WITH A GUN IN HIS HAND WEARING A BLACK HOODED SWEATSHIRT,
ON THE SCENE. OFFICER STEVENSON ALLOWS HIM TO RUN TO A VECHILE
AND LEAVE WITHOUT DETAINMENT. THIS MATCHING WITNESS TESTIMONY
AT PRELIMINARY HEARING. OF THIS WITNESS SAW THE SHOOTING AND
STATED THE SHOOTER WAS WEARING DARK CLOTHING AND A HOOD OR HAT.

MY REQUESTING YOU TO MOTION FOR O.R. APPEAL BOND AS QUICKLY
AS POSSIBLE. I AM WORRIED FOR MY SAFETY AND SECURITY
HERE AT TCF. WORRIED ABOUT A THREAT TO MY LIFE AS
MY BODY DETERIORATES, WORSENING DO TO NEGLECT AND DELAY
FOR MY MEDICAL CARE AND TREATMENT. THE CONTINUED CONCEALMENT
OF MY MEDICAL CONDITIONS, WORSENING.

$$\frac{7}{10}$$

Prosecutors   Katie Devlin - Shawn Boyd
Proven Prosecutorial Misconduct with Malicious Intentions

1. Fabricated a 2nd dying declaration story - Created a distraction

2. Admitted Erroneous Evidence - drove to gary's home Lied in wait

3. Lied to Jury on Numerous Accounts - by mis-stating evidence

4. Conspired with Angela Koienda, Prosecutors Assistant, to Manipulate Evidence and Witness Debra Raynal, which perjured numerous accounts and was impeached. - Tampering with Witness' and Evidence

5. Knew States Witnesses were Perjuring and did NOT correct Perjury Testimony

6. Gave False statements to Judges, Sundby and Gibbens

7. Withheld Exculpatory Evidence - Victim stated His boy shot Him

8.   illegal warrant

9. Intentionally took and destroyed Power Point of Closing Arguments, After defense Attorneys Requested in-court for Power Point Evidence, for Post Trial Motions.

10. Withheld Facts From defense that Debra Raynal stated to Katie Devlin That she would NOT be able to identify the Shooter From the Photo Line-up before Raynal gave a Misidentification on 5-15-18 Hearing

11. Prosecution Withholding Exculpatory Evidence of two statements made before gary Frantz Asked for "My Wife" - Hiding the Mistake made on scene

12 Failed to instruct Several Witnesses According to Courts Orders when Testifying At Trial

13. Prosecution's Assistant, Angela Koienda gave False information to deceive defense Attorneys in May 15th 2018 Letter, And Provided Perjury on two Accounts of testimony

$\frac{8}{10}$

PROVEN POLICE MISCONDUCT WITH MALICIOUSNESS

LVCO, KS  2017-CR-92

CASE built ON OFFICER STEVENSON'S PERJURY TESTIMONY of GARY FRANTZ'
dying DECLARATION, to WRONGFULLY CONCENTRATE ON BARBARA FRANTZ
AND IGNORED THE WEIGHT OF THE EVIDENCE pointing towards PATRICK
FRANTZ' GUILT, INCLUDING A dying DECLARATION IN WHICH GARY FRANTZ
identified PATRICK AS HIS KILLER.  OFFICER STEVENSON'S body CAMERA
FOOTAGE SHOWING  STEVENSON ASKING: "do you KNOW WHO SHOT you, GARY?"
                    TO WHICH GARY RESPONDED: "MY boy"  (DEFENSE EXHIBIT A8).


OFFICER STEVENSON'S PRELIMINARY TESTIMONY IS: "WELL I ASKED HIM --
I SAID, GARY, WHO SHOT YOU? AND HE SAID MY WIFE. THEN I ASKED HIM,
WHAT'S YOUR WIFE'S NAME? HE SAID BARBARA."


STATE PROSECUTORS AND STEVENSON WERE HIDING FACTS, THAT GARY identified
PATRICK AS THE SHOOTER, by SHAWN BOYD STATEMENTS ON JULY 14TH SENTENCING
of PROSECUTOR, MR BOYD STATING GARY'S RESPONSE to, WHO SHOT HIM, is
"INAUDIBLE". THE STATE PROSECUTION MAINTAINED FOR 3½ YEARS THAT
GARY STATED "MY WIFE" THEN HE'S ASKED HIS WIFE'S NAME. TWO STATEMENTS
MADE before GARY ASKED for, "MY WIFE". THIS MISTAKE MADE ON THE SCENE
gets CAPTURED ON OFFICER STEVENSON'S body CAMERA, THEN gets CORRUPTED
by POLICE DECEIVING THEIR NARRATIVE REPORTS, PERJURY TESTIMONY. of
3 LVCO, POLICE OFFICERS AND LEAD DETECTIVE ST. JOHN'S OBSTRUCTION. ALSO
HIDING FACTS of MATERIAL EVIDENCE of PATRICK'S GUILT.
CONTINUED CORRUPTION by STATE PROSECUTORIAL MISCONDUCT,
TAMPERING WITH EVIDENCE AND WITNESSES

$\frac{9}{10}$

Defense filed Memorandum for Motion for Acquittal or New Trial on July 2nd 2019 of 12 trial errors. I filed March 19th 2020 K.S.A. 60-1507 with Exhibits A-H. Eight Exhibits detailing from transcripts and case material-discovery to authenticate material facts and show the gross amounts of misconduct with malicious intentions. 60-1507 Results the ineffective assistance of defense counsel's to defend me against a very corrupted case, intentional misconduct by police and prosecution.

I greatly appreciate your time to read through the Memorandum and my 60-1507 to defend me on, for my appeal, and provide me Motion for O.R. Appeal Bond.

Sincerely, Gold Star Mother
        Barbara Frantz #124145
        TCF J-3
        815 S.E. Rice Road
        Topeka, KS. 66607                    12-26-2020

CC: Innocence Project Barry Scheck N.Y., N.Y.
    Chief Civil Rights FBI investigator Joseph R. Jensen W.D.C.

$\frac{10}{10}$